UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

EL AMIN MUHAMMAD,

        Plaintiff,                Case No. 1:17-cv-68

v.                                    Honorable Paul L. Maloney

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A because it is frivolous.

Dated: February 27, 2017                /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                          United States District Judge